UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHNNY TIPPINS,

                    Petitioner,                Case No. 1:21-cv-172

v.                                        Honorable Paul L. Maloney

LES PARISH,

                    Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   March 3, 2021                   /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge