UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

JOHNNY TIPPINS,

    Petitioner,        Case No. 1:21-cv-172

v.               Honorable Paul L. Maloney

LES PARISH,

    Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** for failure to raise a meritorious federal claim.

Dated: March 3, 2021       /s/ Paul L. Maloney
                  Paul L. Maloney
                  United States District Judge